UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>KINGSTOWN PARTNERS MASTER LTD,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 21-mc-_____ |

## [PROPOSED] ORDER GRANTING APPLICATION UNDER 28 U.S.C. § 1782

This matter came before the Court upon the application of Kingstown Partners Master Ltd ("**Petitioner**"), for an Order authorizing Petitioner to obtain certain limited discovery under 28 U.S.C. § 1782 (the "**Application**").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations and Exhibits,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Petitioner is authorized to take discovery from Blackstone Inc., MVB Management, LLC, CC Capital Partners, LLC, and CC Capital Management LLC ("**Respondents**"), entities found in this District, by issuing subpoenas seeking the production of documents in the forms attached to the Marks-Esterman Declaration as Exhibit 1 through 4 (the "**Subpoenas**");

3. Respondents shall produce the requested documents within fourteen (14) days of entry of this Order, or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York. The entry of this Order does not foreclose Respondents from

seeking relief under Rule 26 and Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten (10) days after entry of this Order;

  4.  Respondents shall appear for a Rule 30(b)(6) deposition in compliance with the Subpoenas on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the Subpoenas; and

  5.  Until further Order by this Court, Respondents shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

  DATED this ___ day of _____, 2021.

                _____
                United States District Judge

5949125-2