# EXHIBIT 6

| | |
|---|---|
| **From:** | Fsd File |
| **To:** | Jenesha Simpson; Adam Barrie; Yasmin Ebanks |
| **Cc:** | Bethany Ebanks; Joanne Cox; Matthew Berry; FSDRegistry; Client - FGL; Malachi Sweetman; Lukas Schroeter; Mac Imrie; FG (iManage link) ({F5377932}.CAYMAN@ky.maples.com); Shiona Allenger |
| **Subject:** | RE: FGL Holdings - FSD 184 of 2020 (RPJ) [MO-LIVE.FID48100758] |
| **Date:** | Friday, June 18, 2021 10:27:42 AM |
| **Attachments:** | image005.png<br>image006.jpg<br>image001.png<br>image002.jpg |

**CAUTION: This email originated from outside of Mourant.**

Dear Mr Barrie

Please note the proposed dates **28 March 2022 – 18 April 2022** have been penciled in the courts diary pending payment and final confirmation by mid-January 2022.

Many thanks

**Bridget Clare I Acting FSD Registrar, Notary Public, Personal Assistant I Financial Services Division**

61 Edward St. I Albert Panton St. I P.O. Box 495 I Grand Cayman, KY1-1106 I Cayman Islands

Main: (345)949-4296 I Direct: (345)244-3890

Email: Bridget.Myers@judicial.ky I Website: www.judicial.ky

Judicial Administration Logo




DISCLAIMER: This email (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error in transmission. It is intended solely for the use of the recipient(s) to whom it is addressed. It should not be read, copied, distributed or otherwise used by any other person. If you have received this e-mail in error, please delete it from your system and notify the sender immediately. Internet communications are not secure and therefore the Cayman Islands Judicial Administration does not accept legal responsibility for the contents of this message. Although the Cayman Islands Judicial Administration operates ant-virus programmes, it does not accept responsibility for any damage whatsoever that is caused by viruses being passed.

Please consider the environment before printing this e-mail.

---

**From:** Jenesha Simpson
**Sent:** Friday, June 18, 2021 9:16 AM
**To:** Adam Barrie <Adam.Barrie@mourant.com>; Yasmin Ebanks <Yasmin.Ebanks@Judicial.ky>
**Cc:** Bethany Ebanks <Bethany.McLaughlin@judicial.ky>; Joanne Cox <Joanne.Cox@Judicial.ky>; Matthew Berry <Matthew.Berry@Judicial.ky>; FSDRegistry <FSDRegistry@Judicial.ky>; Client - FGL <Mourant_FGL@mourant.com>; Malachi Sweetman <Malachi.Sweetman@maples.com>; Lukas Schroeter <Lukas.Schroeter@maples.com>; Mac Imrie <Mac.Imrie@maples.com>; FG (iManage link) ({F5377932}.CAYMAN@ky.maples.com) <{F5377932}.CAYMAN@ky.maples.com>
**Subject:** RE: FGL Holdings - FSD 184 of 2020 (RPJ) [MO-LIVE.FID48100758]

Thank you for your email, Mr Barrie.

Ms Bridget will respond momentarily.

Jenesha

**Jenesha Simpson I Senior Deputy Clerk of Court I Registrar of the Court of Appeal**
61 Edward St. I Albert Panton St. I P.O. Box 495 I Grand Cayman, KY1-1106 I Cayman Islands
☎ Main: (345)949-4296 I Direct: (345)244-3808
✉ Email: Jenesha.Simpson@judicial.ky I 🖨Website: www.judicial.ky

Judicial Administration Logo

🖨 Please consider the environment before printing this e-mail.

---

**From:** Adam Barrie [mailto:Adam.Barrie@mourant.com]
**Sent:** Thursday, June 17, 2021 4:12 PM
**To:** Jenesha Simpson; Yasmin Ebanks
**Cc:** Bethany Ebanks; Joanne Cox; Matthew Berry; FSDRegistry; Client - FGL; Malachi Sweetman; Lukas Schroeter; Mac Imrie; FG (iManage link) ({F5377932}.CAYMAN@ky.maples.com)
**Subject:** FGL Holdings - FSD 184 of 2020 (RPJ) [MO-LIVE.FID48100758]

Dear Ms Jenesha, Ms Yasmin

We refer to the above-mentioned matter. This email is sent with the agreement of both Maples (for the Petitioner) and Mourant (for the Respondents).

Maples and Mourant have exchanged dates to avoid for a trial of these proceedings in the first quarter of 2022. Maples' trial team is available for a trial listing during March and April 2022. Mourant's trial team is available for a trial listing during the period from 28 March 2022 – 22 April 2022.

The parties therefore respectfully request that the Court list a three-week trial during the available window from **28 March 2022 – 18 April 2022**.

The parties do not expect the opening submissions and the evidence to take 3 weeks, but rather that this will be completed in approximately 10 days. However, discussions are ongoing as to when closing oral submissions should be scheduled, and the parties may in due course seek directions from the Court in this respect. The parties respectfully request that the Court block out the entire period from 28 March 2022 – 18 April 2022 while discussions as to the timing of oral closings are ongoing between the parties. We will endeavour to update the Court in this respect as soon as possible.

Kind regards

Adam

**Adam Barrie**
Associate
Mourant Ozannes

D +1 345 814 9146 | M +1 345 916 6382
BVI  |  **CAYMAN ISLANDS**  |  GUERNSEY  |  HONG KONG  |  JERSEY  |  LONDON

**Offshore Law Firm of the Year 2021**  |  Chambers Europe
**Offshore Law Firm of the Year 2020**  |  The Lawyer Awards

**mourant.com**

The information contained in this e-mail (and any attachments) is strictly confidential and may also be legally privileged. If you are not the

intended recipient of this e-mail please do not read, print, re-transmit, store, or act in reliance on it or any attachments. Instead, please notify the sender by return e-mail and then immediately and permanently delete it from your system. We are not liable for any views or opinions expressed by the sender where this is a non-business e-mail. We may monitor e-mail communications in accordance with applicable law and regulations.

Mourant Ozannes is a Cayman partnership. A list of partners' names is open to inspection at: 94 Solaris Avenue, Camana Bay, Grand Cayman KY1-1108, Cayman Islands. Additional terms and conditions and information on other Mourant network members are available on our website: www.mourant.com

Mourant Governance Services (Cayman) Limited is licensed and regulated by the Cayman Islands Monetary Authority. The registered office of Mourant Governance Services (Cayman) Limited is situated at 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands

Please see the Mourant Privacy Notice which contains details on how we process data, and the rights individuals have in respect of their data.