

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 21, 2021

**BY ECF**

The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

**In re: the Application of Kingstown Partners Master Ltd. (Case No.: 21-mc-691):**
        **Letter Motion for Extension of Time on Consent**

Dear Judge Broderick:

This firm represents Respondent Blackstone Inc. in the above-referenced action.  With consent from Petitioner Kingstown Partners Master Ltd., Respondent respectfully submits a first request for an extension of time to answer, oppose or otherwise respond to the Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application").  Pursuant to Rule 1(G) of Your Honor's Individual Practices, Respondent states the following:

1.  Respondent's current deadline is September 22, 2021.
2.  This is Respondent's first request for an extension.
3.  Petitioner consented to an extension up to and including October 1, 2021.
4.  Respondent requests this extension of time to afford the Parties additional time to meet and confer regarding the proposed subpoena at issue in the Application.

For the foregoing reasons, Respondent respectfully requests that the Court extend the time for Respondent to answer, oppose or otherwise respond to the Application up to and including October 1, 2021.

****

The Hon. Vernon S. Broderick, U.S.D.J.          2                          September 21, 2021

We thank Your Honor for your consideration of this request.  If Your Honor has any questions or concerns, please do not hesitate to contact my office.

Respectfully submitted,

___/s/   *Maeve O'Connor*___
Maeve O'Connor
DEBEVOISE & PLIMPTON LLP
919 3rd Avenue
New York, New York, 10022
Phone:  (212) 909-6000
mloconnor@debevoise.com

*Attorney for Respondent Blackstone Inc.*

cc (by ECF):          All Counsel of Record