UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE: APPLICATION OF KINGSTON
PARTNERS MASTER LTD                                     No. 21 MC 691-LTS

-------------------------------------------------------x

## ORDER

This action has been reassigned to the undersigned. The Court observes that on November 9, 2021, Petitioner reported that the appraisal proceeding for which it seeks discovery in this miscellaneous case was scheduled to begin on March 28, 2022, with supplemental expert reports to have been submitted by December 23, 2021. (See docket entry no. 54.)

The parties are directed to confer and file a joint statement by **February 14, 2022**, as to the current status and schedule of the underlying appraisal proceeding.

SO ORDERED.

Dated: New York, New York
       February 10, 2022

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge