*In re Application of Kingstown Partners Master Ltd.* **(Case No.: 21-mc-691)**

Bill Breakdown

| Date | Description | Total Hours | Total Amount |
|---|---|---|---|
| 4/10/22 — 4/18/22 | Preparation for document review and production, including internal and external discussions and meet and confers regarding scope of production, search terms, and custodians; meetings with potential custodians to determine location and categories of documents; and coordinating and undertaking document collection process.<br><br>(Partner; Senior Associates; Midlevel Associates; Junior Associate; Discovery Attorney; Legal Assistant) | 117.7 | $137,249.00 |
| 4/11/22 — 4/18/22 | Onboarding, training, and supervision of first level review team.<br><br>(Midlevel Associate; Junior Associate; Litigation Analyst; Document Review Attorneys) | 95 | $55,124.00 |
| 4/16/22 — 4/18/22 | Conducting first level review of documents.<br><br>(Document Review Attorneys) | 93.9 | $41,673.50 |
| 4/19/22 | Internal and external discussions regarding withdrawal of subpoena and ceasing document review.<br><br>(Partner; Senior Associates; Legal Assistant; Managing Attorney) | 1.5 | $1,211.50 |

| April 2022 | E-Discovery vendor fees including project management, technical labor, data ingestion, and data export. | 25.03 | $7,099.95 |
|---|---|---|---|
| TOTAL | | 333.13 | $242,357.95 |