UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE: APPLICATION OF KINGSTOWN
PARTNERS MASTER LTD                             No. 21-MC-691-LTS

-------------------------------------------------------x

## Order

The Court has received the parties' letter briefing pursuant to the Court's endorsement at docket entry no. 63. (Docket entry nos. 64-68.) Respondents Blackstone, CC Capital Management LLC, CC Capital Partners, LLC, and MVB Management, LLC, are directed to file declarations, along with any time records and invoices, that demonstrate both the timeline and nature of the work that Respondents performed in responding to Petitioner's now-suspended subpoena, and for which Respondents seek to obtain one-half the costs.

Should Respondents wish to make any of these filings under seal or in camera, the Court will consider a motion to that effect made pursuant to the Cosurt's local and individual procedures. The parties may also, jointly, submit a protective order for the Court's review. The parties are directed to meet and confer, and submit the declarations and any related request for sealing or a protective order by **December 19, 2022**.

SO ORDERED.

Dated: New York, New York
         November 21, 2022

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge